IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ELLIOTT WILLIAMS, #481914, | § |
| Plaintiff, | § § § |
| v. | §  Case No. 6:17-cv-627-JDK-KNM |
| JEFFREY CATOE, et al., | § § § |
| Defendants. | § § § § |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE AND DENYING
PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

This action was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation recommending that Plaintiff's motion for preliminary injunction and temporary restraining order (Docket No. 200) should be denied. Docket No. 261. Plaintiff has filed objections. Docket No. 281.

This Court reviews the objected-to portions of the Magistrate Judge's Report and Recommendation de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Having conducted a de novo review of the Magistrate Judge's Report and the record in this case, the Court finds that the Report is correct, and the objections are

without merit. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 261) as the findings of this Court. Plaintiff's motion for preliminary injunction and temporary restraining order (Docket No. 200) is **DENIED**.

So **ORDERED** and **SIGNED** this **24th** day of **November, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE